IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHRISTOPHER E LONGSTRETH, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CIV-05-221-C |
| | ) | |
| STEVE TUCKER, Security Guard Corporal, LARC, et al., | ) ) | |
| | ) | |
| Defendants | ) | |

O R D E R

      This action, brought by a state prisoner, proceeding pro se, comes under the authority of 42 U.S.C. § 1983 and alleges various violations of Plaintiff's constitutional rights. The case was referred to United States Magistrate Judge Doyle W. Argo, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B), and Judge Argo issued his Report and Recommendation on October 26, 2005. After several extensions of time, Plaintiff has filed his "Reply/Objection" in which he very generally states his objection to certain conclusions in the Report and Recommendation, but nevertheless submits an amended complaint, requesting it be filed consistent with Judge Argo's alternative order.

      Plaintiff's objections are not sufficiently specific to raise any legal or factual issue on which this Court must make a determination. Moreover, the request to file his amended complaint moots his objections.

Accordingly, the Report and Recommendation is adopted, in its entirety, and permission is granted for the filing of Plaintiff's First Amended Complaint. The matter is again referred to Judge Argo under the initial Order of Referral.

IT IS SO ORDERED this 25th day of January, 2006.

ROBIN J. CAUTHRON
United States District Judge