IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHRISTOPHER E LONGSTRETH, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CIV-05-221-C |
| | ) | |
| STEVE TUCKER, Security Guard Corporal, LARC; CARDWELL, Security Guard Corporation, LARC; LIEUTENANT JONES; CAPTAIN ROBB; W. DAVIS; Security Guard Captain, LARC; COLONEL WATSON, Chief of Security, LARC; J. GREEN, Deputy Warden, LARC; WARDEN RANDALL G. WORKMAN, LARC; RON WARD, Director; and JUSTIN JONES, Director, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on June 20, 2007. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the Motion for Summary Judgment of Defendants Ward and Justin Jones (Dkt. No. 80) is granted; the Motion for Summary Judgment of Defendants Green, Watson, and Workman (Dkt. No. 82) is granted; and the Motion for Summary Judgment of Defendants Robb and

Tom Jones (Dkt. No. 81) is granted. The Motion for Summary Judgment of Defendant Tucker is granted with regard to Plaintiff's official capacity claims against Defendant Tucker, but denied as to (1) Plaintiff's Eighth Amendment excessive force claim raised in Count I, (2) Plaintiff's claim for compensatory damages for emotional and psychological trauma as raised in Count IV, and (3) Tucker's defense of qualified immunity. Defendant Tucker is granted summary judgment as to any state law claims Plaintiff may have against him with regard to the incident of March 7, 2004. A judgment will enter at the conclusion of the case.

The matter is again referred to Judge Argo to conduct pretrial proceedings.

IT IS SO ORDERED this 31st day of July, 2007.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge